FILED

2019 Oct-29  AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case 5:19-cr-232-AKK-SGC** |
| **v.** | ) | |
| | ) | **UNDER SEAL** |
| **John Cimino** | ) | |

## MOTION TO SEAL

The United States respectfully requests that the Court allow the government to file a document under seal.  The basis for the United States' request is that public disclosure of the document runs the risk of compromising ongoing criminal matters.

Respectfully submitted,

JAY E. TOWN
United States Attorney


*/s/ Louis Manzo*
Louis Manzo
Assistant United States Attorney

1

## CERTIFICATE OF SERVICE

I certify that, on October 29, 2019, I filed this document electronically with the United States District Court for the Northern District of Alabama using the CM/ECF system and thereby caused a copy to be served on the defendant's counsel of record.

/s/ Louis Manzo
Louis Manzo
Trial Attorney
Department of Justice
1400 New York Ave NW
Washington, DC 20002
202-262-6570