# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No.: 5:19-cr-232-AKK-SGC |
| | ) |
| **JOHN CIMINO,** | ) |
|     **Defendant.** | ) |

## FINAL ORDER OF FORFEITURE

1. In the Notice of Forfeiture included in the Indictment in this case, the United States sought forfeiture of any property of Defendant JOHN CIMINO, pursuant to 18 U.S.C. § 982(a)(7), constituting or derived from proceeds traceable to the healthcare fraud offense charged in Indictment Count One in violation of 18 U.S.C. § 1349. The Notice of Forfeiture also informed Defendant of the Government's intention to seek forfeiture of substitute assets in the event the directly forfeitable property was unavailable.

2. On or about December 5, 2019, Defendant JOHN CIMINO entered a formal plea of guilty to the offense charged in Indictment Count One. As part of the plea, Defendant consented to an order of forfeiture and acknowledged that the amount of proceeds received as a result of his fraudulent scheme was **$15,000**.

Based upon the guilty plea and the Defendant's consent to forfeiture, the Attorney General is now entitled to possession of **$15,000**, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Therefore the court ORDERS:

1. That JOHN CIMINO shall FORFEIT to the United States of America the **$15,000** in proceeds Defendant obtained, controlled, and benefitted from as result of the offense pursuant to 18 U.S.C. § 982(a)(7).

2. That the Attorney General or his designee is hereby authorized to seize said property forfeited herein.

3. That this Order of Forfeiture shall be deemed final as to Defendant JOHN CIMINO, and shall be made part of the sentence and included in Defendant's Judgment in accordance with Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure.

4. That this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

5. That the Clerk of the Court shall forward two certified copies of this Final Order of Forfeiture to the United States Attorney's Office, 1801 Fourth Avenue North, Birmingham, AL 35203, Attention: Thomas Borton Assistant U.S. Attorney, and one certified copy to the U.S. Marshals Service.

**DONE** the 6th day of October, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE